**THOMAS P. RILEY, SBN 194706**  
LAW OFFICES OF THOMAS P. RILEY, P.C.  
First Library Square  
1114 Fremont Avenue  
South Pasadena, CA 91030  

Tel: 626-799-9797  
Fax: 626-799-9795  
TPRLAW@att.net  

Attorneys for Plaintiff  
Joe Hand Promotions, Inc.  

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** | **CASE NO. 8:14-cv-00918-WDK-E** |
| Plaintiff, | **ORDER GRANTING JUDGMENT** |
| vs. | |
| **ANA LETICIA CORONA, ET AL.,** | |
| Defendant. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirty Two Thousand Dollars ($32,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff Joe Hand Promotions, Inc., and against ANA LETICIA CORONA and JOSE ALFREDO JACINTO ROBLES, individually and d/b/a DON JACINTO POLLI GRILL; and JACINTO & CORONA ENTERPRISES, INC., an unknown business entity d/b/a DON JACINTO POLLO GRILL.

///  
///  
///  
///  

STIPULATED JUDGMENT  
CASE NO. 8:14-cv-00918-WDK-E  
Page 1

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____   Dated:   11/17/14

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

STIPULATED JUDGMENT
CASE NO. 8:14-cv-00918-WDK-E
Page 2